WILLIAM E. SILESTEN, Respondent, *v.* REGINA CANDIES, INC., Defendant, and ORIENT MERCHANDISE COMPANY, LTD., Appellant.

*Contract — action to recover goods delivered to defendant for manufacture — defense that title was in another.*

*Silesten* v. *Regina Candies, Inc.,* 193 App. Div. 912, affirmed.
(Argued March 10, 1922; decided March 24, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 18, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was commenced against the appellant and

the Regina Candies, Inc., and the complaint alleged that the plaintiff had delivered to the said Regina Candies, Inc., a shipment of citron under a contract whereby the said Regina Candies, Inc., agreed to cure or manufacture said citron for a specified sum, and that the said Regina Candies, Inc., has failed to manufacture or cure said citron in accordance with the said contract, and that the plaintiff had made a demand upon said Regina Candies, Inc., for possession, which was refused by said Regina Candies, Inc. The complaint further alleged that the appellant, the Orient Company, made claim in and to the citron in question. The answer of the defendant, the Regina Candies, Inc., set up affirmatively that it had no claim or title to the citron but refused to deliver possession of the goods to the plaintiff upon the ground that the goods were owned by the Orient Merchandise Company. Upon the trial the sole issue litigated was whether the plaintiff or the appellant was the owner of the goods.

*John M. Gardner, Leonard F. Fish* and *David T. Smith* for appellant.

*Berton L. Maxfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.